**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Hugh Parks Price, Appellant,

v.

Sara Filler, Respondent.

Appellate Case No. 2023-001032

───────────────

Appeal From Saluda County
Debra R. McCaslin, Circuit Court Judge

───────────────

Unpublished Opinion No. 2026-UP-085
Submitted January 2, 2026 – Filed February 25, 2026

───────────────

**AFFIRMED**

───────────────

Rolf Mouin Baghdady, of Rolf M. Baghdady, P.A., of Chapin, for Appellant.

William E. Booth, III, of Booth Law Firm, LLC, of West Columbia, for Respondent.

───────────────

**PER CURIAM:** Hugh Parks Price appeals the circuit court's order affirming the magistrate court's judgment in favor of Sara Filler in a claim and delivery action concerning livestock. On appeal, Price argues (1) the circuit court erred in affirming the magistrate court because the due process clause required that a recording of the magistrate's proceedings be made available to him, and (2) he did

not receive the recording prior to the hearing.  We affirm pursuant to Rule 220(b), SCACR.

We hold these issues are not preserved for appellate review because they were not raised to or ruled upon by the circuit court.  Specifically, Price did not object to participating in the hearing without the transcript, nor did he assert his due process rights were violated by proceeding without the transcript.  *See Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) ("It is axiomatic that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the [circuit court] to be preserved for appellate review."); Rule 75, SCRCP ("Appeals to the circuit court shall be made upon the original record in the lower court or administrative agency or tribunal.").

**AFFIRMED.**[1]

**WILLIAMS, C.J., and THOMAS and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.